UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                    Criminal No. 05-187(1) (RHK/JSM)

        Plaintiff,                                            **ORDER**

v.

BOLA OLUGBENGA AIYESE,

        Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 1, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     The Report and Recommendation (Doc. No. 41) is **ADOPTED**;

2.     Defendant Bola Olugbenga Aiyese's Motion for Discovery and Suppression of Confessions or Statements in the Nature of Confessions (Doc. No. 15) is **WITHDRAWN**;

3.     Defendant Bola Olugbenga Aiyese's Motion to Suppress Eyewitness Identification (Doc. No. 18) is **DENIED**;

4.     Defendant Bola Olugbenga Aiyese's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 26) is **DENIED**; and

5.      The Government's Motion to Strike Defense Motion Regarding Statements

Made by the Defendant (Doc. No. 38) is **DENIED**.

Dated:  August  _26_, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge