UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-187 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Bola Olugbenga Aiyese, | |
| Defendant. | |

---

The Motion (Doc. No. 46) for continuance of the January 23, 2006 trial is hereby **GRANTED**. The January 23, 2006 trial date is **CONTINUED** indefinitely.

Date: January 19, 2006                s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge