UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-187 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   ORDER |
| v. | ) |
| | ) |
| BOLA OLUGBENGA AIYESE, | ) |
| | ) |
| Defendant. | ) |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned for the purpose of considering and filing a 28 U.S.C. § 2255 petition.

IT IS HEREBY ORDERED that the Federal Defender is appointed pursuant to 18 U.S.C. § 3006A.

Date:   1/30/07

s/Richard H. Kyle
Honorable Richard H. Kyle
Senior United States District Judge