UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-187 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   ORDER |
| v. | ) |
| | ) |
| BOLA OLUGBENGA AIYESE, | ) |
| | ) |
| Defendant. | ) |

It is hereby Ordered that the Federal Defender is relieved of its appointment in the above-captioned case, due to a conflict of interest. The Office of the Federal Defender is Ordered to assign the case to a member of the CJA Panel.

Date:   2/2/07

s/Richard H. Kyle
Honorable Richard H. Kyle
Senior United States District Judge